NUMBER
13-10-00286-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

SOUTH TEXAS COLLEGE,                                                                   Appellant,

 

                                                             v.                                

 

CURTIS ROBERSON,                                                                            Appellee.

 

____________________________________________________________

 

                          On
Appeal from the 139th District Court  

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

Before Chief Justice Valdez and
Justices Yañez and Garza

Memorandum Opinion
Per Curiam

 








Appellant,
South Texas College, attempts to appeal an order denying a plea to the
jurisdiction entered against it on May 17, 2010.  Appellant has filed an
unopposed motion for involuntary dismissal on grounds that the Court should
dismiss the appeal for want of jurisdiction.  Appellant requests that this
Court dismiss the appeal.

The
Court, having examined and fully considered the documents on file, is of the
opinion that the appeal should be dismissed for want of jurisdiction. 
Accordingly, the appellant’s unopposed motion to dismiss is GRANTED and the appeal
is hereby DISMISSED FOR WANT OF JURISDICTION.  See Tex. R. App. P. 42.3(a).  Costs will be
taxed against appellant. See Tex.
R. App. P. 42.1(d) ("Absent agreement of the parties, the court
will tax costs against the appellant.").  Having dismissed the appeal at
appellant=s request, no motion for rehearing
will be entertained, and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the  

29th day of July, 2010.